# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Deborah Laufer

                Plaintiff,

v.

M.J.L.S.T., LLC

                Defendant.

Case No.: 1:20–cv–03527
Honorable Gary Feinerman

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [36]. (mc, )