# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**DEBORAH LAUFER, Individually,**

        **Plaintiff,**

**v.**

Case No.: 1:20-cv-03527

**M.J.L.S.T., LLC d/b/a WATERFRONT HOTEL & MARINA, an Illinois Limited Liability Company,**

        **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/ *Kimberly A. Corkill* | /s/*Andrew Levine* |
| Kimberly A. Corkill, Of Counsel | Andrew Levine #6211154 |
| Thomas B. Bacon, P.A. | Lawrence A. Rosen, 6182199 |
| 644 North Mc Donald St. | O'Rourke and Moody |
| Mt. Dora, FL 32757 | 55 W. Wacker Dr., Ste. 1400 |
| ph. (954) 478-7811 | Chicago, IL 60601 |
| kimberlyatlaw@gmail.com | 312-849-2020 |
| Florida Bar. Id. No. 84942 | Alevine@orourkellp.com |
| *Attorneys for Plaintiff* | Lrosen@orourkellp.com |

## CERTIFICATE OF SERVICE

I hereby certify that November 30, 2020 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

                              /s/*Kimberly A. Corkill*
                                Attorney